UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Civil Action Number: 2:14-cv-676-FtM-DNF

Alexander Johnson

    Plaintiff,

vs.

ROBERT VOCISANO,
MARIO VOCISANO, and
GOLDEN GATE INN & COUNTRY CLUB PARTNERSHIP

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii); and the court will retain jurisdiction, in compliance with Angano Franchising, Inc. v. Shaz, LLC., 677 F.3d 1272 (11th Cir. 2012). Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Dated this 13th day of April, 2015.

Scott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7TH Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (239) 298-5236
Email: inbox@dininlaw.com
*Counsel for the Plaintiff*

/s/ Michael Coleman, Esq.
Coleman, Hazzard & Taylor, PA
2640 Golden Gate Pkwy Suite 304
Naples, Florida 34105
Telephone: (239) 298-5200
Facsimile: (239) 298-5236
Email: mcoleman@chtlegal.com
*Counsel for the Defendant*